# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

Clifford W. Taylor,
Chief Justice

135947

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEBORAH ANN WEBER,
      Defendant-Appellant.

SC: 135947
COA: 282540
Macomb CC: 07-004358-FH

_____/

     On order of the Court, the application for leave to appeal the February 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

s0618

_____
Clerk